# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALEA LONDON, LIMITED,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:06-cv-1683-Orl-22UAM**

**SEA GARDEN HOSPITALITY MANAGEMENT, INC., et al ,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Defendants' Application for Attorneys' Fees and Costs (Doc. No. 93) filed on August 1, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.　The Report and Recommendation filed December 11, 2007 (Doc. No. 121) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.　Defendants' Application for Attorneys' Fees and Costs (Doc. No. 93) is **GRANTED** in part and **DENIED** in part.  Bryan Cave, LLP shall recover from Plaintiff fees and

costs in the total sum of $19,477.27, and Fowler White Boggs Banker shall recover from Plaintiff fees and costs in the total sum of $3,537.23.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 7, 2008.

                                                                              /s/ Anne C. Conway
                                                                              ANNE C. CONWAY
                                                                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
John P. O'Flanagan, Esq., Fowler White Boggs Banker